**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWALI KHAN )<br>  Detainee, )<br>  Guantanamo Bay Naval Station )<br>  Guantanamo Bay, Cuba; )<br>   )<br>  *Petitioner/Plaintiff*, )<br>   )<br>v. )<br>   )<br>GEORGE W. BUSH, )<br>  President of the United States )<br>  The White House )<br>  1600 Pennsylvania Ave., N.W. )<br>  Washington, D.C. 20500; )<br>   )<br>ROBERT M. GATES, )<br>  Secretary, United States )<br>  Department of Defense )<br>  1000 Defense Pentagon )<br>  Washington, D.C. 20301-1000; )<br>   )<br>REAR ADM. DAVID M. THOMAS, Jr. )<br>  Commander, Joint Task Force - )<br>  Guantanamo )<br>  JTF-GTMO )<br>  APO AE 09360; and )<br>   )<br>ARMY COL. BRUCE VARGO, )<br>  Commander, Joint Detention )<br>  Operations Group, JTF - GTMO )<br>  JTF-GTMO )<br>  APO AE 09360, )<br>   )<br>  *Respondents*/Defendants. ) | PETITION FOR WRIT<br>OF HABEAS CORPUS<br><br>No. 08 cv 1101 |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Shawali Khan (ISN 899) ("Petitioner"), by his undersigned counsel, hereby moves for

the entry of the standard habeas protective orders, that is (1) the Amended Protective Order

and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

Respondents do not oppose the entry of the above-referenced protective orders in the above-captioned case. Respondents reserve, however, the right to seek modifications to the protective order and supplemental orders as appropriate, and respondents' consent to entry of the orders is without prejudice to such right.

For the reasons set forth above, the Court should grant Petitioner's Motion.

Date: July 15, 2008

Respectfully submitted,

By: /s/ Leonard C. Goodman

Leonard C. Goodman [Bar No. 51601]
The Law Offices of Leonard C. Goodman, Ltd.
53 E. Jackson Blvd., Suite 1220
Chicago, Illinois 60604
Tel: (312) 986-1984
Fax: (312) 663-3707

*Of Counsel*

Shayana D. Kadial [Bar No. 49512]
Pardiss Kebriaei [ Bar No. 51395]

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

Robert A. Gensburg
P.O. Box 248
364 Railroad Street
St. Johnsbury, VT 05819
phone (802) 748 5338
fax (802) 748 1673

*Counsel for Petitioner Shawali Khan, ISN 899*

CERTIFICATE OF SERVICE

    I, Leonard C. Goodman, hereby certify that I caused a copy of this motion to be served upon:

    Judry Laeb Subar
    U.S. DEPARTMENT OF JUSTICE
    P.O. Box 833
    Suite 7342
    Washington, DC 20044-0833
    (202) 514-3969
    Email: judry.subar@usdoj.gov

by depositing same in the United States mail, first class postage prepaid, and by emailing, on July 15, 2008.


                                                                       /s/ Leonard C. Goodman


Leonard C. Goodman [Bar No. 51601]
The Law Offices of Leonard C. Goodman, Ltd.
53 E. Jackson Blvd., Suite 1220
Chicago, Illinois 60604
Tel: (312) 986-1984
Fax: (312) 663-3707