**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAWALI KHAN                               )
    Detainee,                              )
    Guantanamo Bay Naval Station           )
    Guantanamo Bay, Cuba;                  )
                                           )
    *Petitioner/Plaintiff*,                )
                                           )    PETITION FOR WRIT
v.                                         )    OF HABEAS CORPUS
                                           )
GEORGE W. BUSH,                            )    No. 08 cv 1101
    President of the United States         )
    The White House                        )
    1600 Pennsylvania Ave., N.W.           )
    Washington, D.C. 20500;                )
                                           )
ROBERT M. GATES,                           )
    Secretary, United States               )
    Department of Defense                  )
    1000 Defense Pentagon                  )
    Washington, D.C. 20301-1000;           )
                                           )
REAR ADM. DAVID M. THOMAS, Jr.             )
    Commander, Joint Task Force -          )
    Guantanamo                             )
    JTF-GTMO                               )
    APO AE 09360; and                      )
                                           )
ARMY COL. BRUCE VARGO,                     )
    Commander, Joint Detention            )
    Operations Group, JTF - GTMO           )
    JTF-GTMO                               )
    APO AE 09360,                          )
                                           )
    *Respondents*/Defendants.              )

**NOTICE OF FILING**

To:    Judry Laeb Subar
        U.S. DEPARTMENT OF JUSTICE
        P.O. Box 833
        Suite 7342
        Washington, DC 20044-0833

        PLEASE TAKE NOTICE that on the 15th day of July 2008, I caused to be filed with the Clerk of the United States District Court of Appeal, District of Columbia Circuit, Petitioner's **Unopposed Motion for Entry of Protective Order.**

**/s/ LEONARD C. GOODMAN**

Leonard C. Goodman
Law Office of Leonard C. Goodman
53 West Jackson
Suite 1220
Chicago, Illinois  60604
(312) 986-1984