## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWALI KHAN | ) | |
|     Detainee, | ) | |
|     Guantanamo Bay Naval Station | ) | |
|     Guantanamo Bay, Cuba; | ) | |
| | ) | |
|     *Petitioner/Plaintiff*, | ) | |
| | ) | PETITION FOR WRIT |
| v. | ) | OF HABEAS CORPUS |
| | ) | |
| GEORGE W. BUSH, | ) | No. 08 cv 1101 |
|     President of the United States | ) | |
|     The White House | ) | |
|     1600 Pennsylvania Ave., N.W. | ) | |
|     Washington, D.C. 20500; | ) | |
| | ) | |
| ROBERT M. GATES, | ) | |
|     Secretary, United States | ) | |
|     Department of Defense | ) | |
|     1000 Defense Pentagon | ) | |
|     Washington, D.C. 20301-1000; | ) | |
| | ) | |
| REAR ADM. DAVID M. THOMAS, Jr. | ) | |
|     Commander, Joint Task Force - | ) | |
|     Guantanamo | ) | |
|     JTF-GTMO | ) | |
|     APO AE 09360; and | ) | |
| | ) | |
| ARMY COL. BRUCE VARGO, | ) | |
|     Commander, Joint Detention | ) | |
|     Operations Group, JTF - GTMO | ) | |
|     JTF-GTMO | ) | |
|     APO AE 09360, | ) | |
| | ) | |
|     *Respondents*/Defendants. | ) | |

## **PETITIONER KHAN'S STATUS REPORT**

Shawali Khan (ISN 899) ("Petitioner"), by his undersigned counsel, hereby submits the following status report on his case.

1.  Petitioner's petition for writ of habeas corpus was filed with this Court on June 25, 2008.

2.  On July 15, 2008, counsel for Khan filed an unopposed motion for entry of a protective order.

3.  The government has not filed a factual return in this case.

4.  Petitioner Khan has been at Guantanamo for more than five years. He has had no counsel until January 2008. He is from Kandahar, Afghanistan. He is still detained at Guantanamo.

5.  Counsel for Khan is still waiting for his security clearance so that he can visit his client.

Date: July 17, 2008

    Respectfully submitted,

    By: /s/ Leonard C. Goodman

    Leonard C. Goodman [Bar No. 51601]
    53 E. Jackson Blvd., Suite 1220
    Chicago, Illinois 60604
    Tel: (312) 986-1984
    Fax: (312) 663-3707

    *Of Counsel*

    Shayana D. Kadial [Bar No. 49512]
    Pardiss Kebriaei [ Bar No. 51395]
    CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6485
    Fax: (212) 614-6499

Robert A. Gensburg
P.O. Box 248
364 Railroad Street
St. Johnsbury, VT 05819
phone (802) 748 5338
fax (802) 748 1673

*Counsel for Petitioner Shawali Khan, ISN 899*

CERTIFICATE OF SERVICE

I, Leonard C. Goodman, hereby certify that I caused a copy of this motion to be served upon:

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
Email: judry.subar@usdoj.gov

by depositing same in the United States mail, first class postage prepaid, and by emailing, on July 17, 2008.

_____
Leonard C. Goodman