IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWALI KHAN<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba; | )<br>)<br>)<br>)<br>) | |
| 　　*Petitioner/Plaintiff*, | )<br>) | PETITION FOR WRIT |
| v. | )<br>) | OF HABEAS CORPUS |
| GEORGE W. BUSH,<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Ave., N.W.<br>　　Washington, D.C. 20500; | )<br>)<br>)<br>)<br>)<br>) | No. 08 cv 1101 |
| ROBERT M. GATES,<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301-1000; | )<br>)<br>)<br>)<br>)<br>) | |
| REAR ADM. DAVID M. THOMAS, Jr.<br>　　Commander, Joint Task Force -<br>　　Guantanamo<br>　　JTF-GTMO<br>　　APO AE 09360; and | )<br>)<br>)<br>)<br>)<br>) | |
| ARMY COL. BRUCE VARGO,<br>　　Commander, Joint Detention<br>　　Operations Group, JTF - GTMO<br>　　JTF-GTMO<br>　　APO AE 09360, | )<br>)<br>)<br>)<br>)<br>) | |
| 　　*Respondents*/Defendants. | ) | |

## NOTICE OF FILING

To:　Judry Laeb Subar
　　　U.S. DEPARTMENT OF JUSTICE
　　　P.O. Box 833
　　　Suite 7342
　　　Washington, DC 20044-0833

　　　PLEASE TAKE NOTICE that on the 17th day of July 2008, I caused to be filed with the Clerk of the United States District Court of Appeal, District of Columbia Circuit, **PETITIONER KHAN'S STATUS REPORT.**

                                          **/s/ LEONARD C. GOODMAN**

Leonard C. Goodman  
Law Office of Leonard C. Goodman  
53 West Jackson  
Suite 1220  
Chicago, Illinois 60604  
(312) 986-1984