UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWALI KHAN,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No.  08-1101 (JDB) |

### ORDER

Respondents in this case are required to produce upon request a declassified factual return.  See Case Management Order (Feb. 20, 2009) at § I.A (dkt. ent. #81).  According to respondents, the declassified return may be shared only with the petitioner himself in light of its "protected" status.  At present, then, petitioner's counsel may not share the declassified return with other individuals -- for example, experts or other witnesses -- who may need to review it in pre-hearing preparations.  Respondents appear to have recognized the difficulty with this position and they have represented that they are reevaluating it.  Accordingly, it is hereby **ORDERED** that respondents shall provide a status report, in writing and by not later than March 11, 2009, updating the Court with regard to their position on this matter.

    **SO ORDERED**.

                                                           /s/
                                              JOHN D. BATES
                                      United States District Judge

Date:     March 4, 2009