## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWALI KHAN,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, et al.,<br><br>Respondents. | Civil Action No.  08-1101 (JDB) |

## ORDER

Upon consideration of petitioner's motion for judgment on the record, the supporting and opposing memoranda, arguments made by counsel at the hearing on June 12, 2009, and the entire record herein, and for the reasons stated in the memorandum opinion accompanying this order, it is hereby **ORDERED** that petitioner's motion is **DENIED**.  The Court will hold a status conference in this matter on August 26, 2009 at 9:00 a.m. in Courtroom 8.

    **SO ORDERED**.

                                                      /s/
                                        JOHN D. BATES
                                United States District Judge

Date:     July 31, 2009