## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWALI KHAN,** | |
| **Petitioner,** | |
| **v.** | **Civil Action No.  08-1101 (JDB)** |
| **BARACK OBAMA, et al.,** | |
| **Respondents.** | |

## ORDER

Pursuant to the status conference held today in this case, and the entire record herein, it is hereby **ORDERED** as follows:

1. By not later than 12:00 p.m. on October 9, 2009, respondents shall file a report informing the court:

 a. whether the Guantanamo Review Task Force has completed its review of petitioner's status;

 b. if the Task Force has completed its review of petitioner's file, what determination has been made about petitioner's status;

 c. if the Task Force has not yet completed its review of petitioner's file, what is the current status of the Task Force's review of petitioner's file, and when, precisely, do respondents anticipate that the Task Force's review of petitioner's file will be completed.  The court reminds respondents that its description of the Task Force's review of petitioner's file must be detailed; a simple declaration that "petitioner's case remains under review" will be

deemed inadequate.

2.      By not later than 12:00 p.m. on October 9, 2009, respondents shall also inform the

court:

      a.      whether the United States government has ever cleared petitioner for

            release;

      b.      if so, whether that assessment has changed;

      c.      if so, why was a determination made to change Petitioner's status;

      d.      notwithstanding 2(a), (b), and (c), whether the United States government

            has ever indicated to petitioner, either directly or through intermediaries,

            that he has been cleared for release.

3.      By not later than 10:00 a.m. on October 15, 2009, the parties shall file a status

report indicating the results of their discussions on discovery and other disputes,

and a proposed schedule to resolve this litigation.  The parties may submit this

report either jointly or separately.

4.      A status conference is scheduled for October 15, 2009 at 2:30 p.m. in Courtroom

8.

**SO ORDERED**.

                                /s/
                             JOHN D. BATES
                       United States District Judge

Date:   October 7, 2009