UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWALI KHAN,<br>Petitioner,<br>v.<br>BARACK H. OBAMA, *et al.*,<br>Respondents. | Case No. 08-CV-1101 (JDB) |

**OPPOSITION TO RESPONDENTS' ABEYANCE MOTION**

Petitioner Shawali Khan, by and through his undersigned counsel, respectfully submits this opposition to the government's motion to hold its response to his motion for reconsideration in abeyance pending adjudication of the government's forthcoming motion to dismiss. The abeyance motion (dkt. no. 293) should be denied.

The government makes two arguments in support of its abeyance motion. Neither is persuasive. First, the government suggests that it should not be required to respond to Khan's reconsideration motion because this case is moot in light of his transfer from Guantánamo. But that argument incorrectly presumes that the government will prevail on its forthcoming motion to dismiss, which Khan will oppose. Second, the government contends that resolution of Khan's reconsideration motion would require significant expenditure of time and resources. But as Khan explained in his opposition to the government's initial motion for a two-month extension of time to file its response to his reconsideration motion (dkt. no. 278), the issues raised in the reconsideration motion are discrete and straightforward, and do not involve new or complex questions of law requiring extensive briefing. It would also be more efficient to continue with

briefing on the reconsideration motion than to begin a new round of briefing on the motion to dismiss, which might be unnecessary following resolution of the reconsideration motion.

Khan filed his motion for reconsideration in order to correct a substantial injustice, and he is plainly entitled to an order granting the writ, for the reasons explained in his reconsideration motion. The motion followed years of litigation during which the government failed to produce the material that serves as the basis of that motion. If the government had produced the information at issue in a timely manner, the legality of Khan's detention would have been properly resolved several years ago. At this point, however, the government has had the better part of a year to respond to the motion for reconsideration. No further delay is necessary or appropriate.

**Conclusion**

The government's abeyance motion should be denied, and the Court should direct the government to respond to Khan's reconsideration motion.

Dated: Tallahassee, Florida
August 5, 2015

Respectfully submitted,

/s/ Kent Spriggs

Kent Spriggs
Spriggs Law Firm
2007 West Randolph Circle
Tallahassee, FL 32308
Tel. 850-224-8700
kspriggs@spriggslawfirm.com

*Counsel for Petitioner Shawali Khan*