UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWALI KHAN,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Case No. 08-CV-1101 (JDB) |

**MOTION FOR LEAVE TO FILE OUT OF TIME RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**

Petitioner Shawali Khan, by and through his undersigned counsel, respectfully seeks leave to file an out of time response, on or before December 10, 2015, to the motion to dismiss filed by the government on August 5, 2015. In support of this motion, Khan submits the attached declaration from his attorney Leonard Goodman.

Khan's counsel has spoken to government counsel, Scott Levin, about this motion. Mr. Levin indicated that Respondents take no position on Plaintiff's motion for leave.

Dated: Tallahassee, Florida
November 10, 2015

Respectfully submitted,

/s/ Kent Spriggs

Kent Spriggs
Spriggs Law Firm
2007 West Randolph Circle
Tallahassee, FL 32308
Tel. 850-224-8700
kspriggs@spriggslawfirm.com

*Counsel for Petitioner Shawali Khan*